# EXHIBIT B



**U. S. Department of Justice**

Drug Enforcement Administration

3838 N. Causeway Boulevard
Three Lakeway Center
Suite 1800
Metairie, Louisiana 70002

*www.dea.gov*   December 12, 2023

Bond Pharmacy Inc.
d/b/a Advanced Infusion Solutions
623 Highland Colony Pkwy., Suite 100
Ridgeland, MS 39157-6077

Dear Registrant:

On November 2, 2023, the Drug Enforcement Administration (DEA) Jackson District Office conducted an on-site inspection of Bond Pharmacy d/b/a Advanced Infusion Solutions, hereinafter referred to as "AIS", DEA registration #FB1065653.

During the inspection, Investigators learned that AIS, which is registered as a Retail Pharmacy, has been providing patient-specific pain medications to more than 4,000 practitioners throughout the United States. According to information obtained from AIS personnel, these medications are being shipped directly to the practitioner, who in turn, administer the medication to the patient via an Intrathecal Pump.

Title 21, Code of Federal Regulations (CFR) §1306.07(f) states....Notwithstanding the definition of dispense under section 102(10) of the Act (21 U.S.C. 802(10)), a pharmacy may deliver a controlled substance to a practitioner, pursuant to a prescription that meets the requirements under §1306.04 for the purpose of administering the controlled substance by the practitioner if:

1. The controlled substance is delivered by the pharmacy to the prescribing practitioner or the practitioner administering the controlled substance, as applicable, at the location listed on the practitioner's certificate of registration;

2. The controlled substance is to be administered for the purpose of **maintenance or detoxification** treatment under section 303(g)(2)(G)(iii) of the Act (21 U.S.C. 823(g)(2)(G)(iii); and

   a. The practitioner who issued the prescription is a "Qualifying Practitioner" as defined in section 303(g) of the Act (21 U.S.C. 823(g)); and

   b. The controlled substance is to be administered by injection or implantation;

3. The pharmacy and the practitioner are authorized to conduct the activities specified in this paragraph (f) under the law of the State in which such activities take place.

In light of these regulations, AIS must cease and desist any further shipments directly to the practitioner.

If you have any questions concerning this matter, please contact Diversion Investigator William "Kyle" Wilson at (571)362-2249 or Diversion Group Supervisor Philip Reed at (571)362-3774.

Sincerely,

Brad L. Byerley
Special Agent in Charge
New Orleans Division

CONNIE OVERTON
Digitally signed by CONNIE OVERTON
Date: 2023.12.12 13:44:04 -06'00'

by: Connie L. Overton
Diversion Program Manager
New Orleans Division