# EXHIBIT C

| From: | Joseph Jay |
|---|---|
| To: | Paul.A.Dean@DEA.gov; Hallie.M.Hoffman@DEA.gov |
| Cc: | Paul Werner; Imad Matini |
| Subject: | (URGENT; TRO Filing Imminent) Bond Pharmacy d/b/a Advanced Infusion Solutions |
| Date: | Thursday, December 14, 2023 2:32:44 PM |
| Attachments: | US Dept of Justice - DEA.pdf |
| Importance: | High |

Dear Counsel:

Could we please have an urgent call regarding the attached letter received by our client, AIS? Absent withdrawal of the letter today, we will be filing a Complaint and Emergency Motion for a Temporary Restraining Order to prohibit the enforcement the letter. I am available at any time other than 3:30-4:00 p.m.

Thank you,
Joe

**A. Joseph Jay III**
+1 202-747-1953 | direct
jjay@sheppardmullin.com | Bio

**Sheppard**Mullin

2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn