# EXHIBIT D

Dear Mr. Reed:

I have emailed the Chief Counsel and Deputy Chief Counsel requesting that the letter dated December 12 be rescinded today. If it is not, we will be filing a Complaint and Emergency Motion for a Temporary Restraining Order (which is now being drafted) tonight. Patients will be harmed if they cannot receive their pain medication.

Please encourage Division or HQ counsel to contact me as soon as possible.

Thank you for your help,
Joe

**A. Joseph Jay III**
+1 202-747-1953 | direct
jjay@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

On Dec 14, 2023, at 4:02 PM, Reed, Philip A. <Philip.A.Reed@dea.gov> wrote:

You're welcome.
Someone from Division Counsel or Hqs will reach out to soon.

Philip..

---

**From:** Joseph Jay <jjay@sheppardmullin.com>
**Sent:** Thursday, December 14, 2023 11:23 AM
**To:** Reed, Philip A. <Philip.A.Reed@dea.gov>
**Subject:** [EXTERNAL] Re: See attached letter.

Thank you, Mr. Reed. I need to speak with an attorney as soon as possible regarding the filing of a motion for temporary restraining order.

Thanks,
Joe

**A. Joseph Jay III**

+1 202-747-1953 | direct
jjay@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington, DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

On Dec 14, 2023, at 11:30 AM, Reed, Philip A. <Philip.A.Reed@dea.gov> wrote:

That's not how it works here at DEA.
I have to follow my proper channels also.
I trying to find a solution to help your client.

Philip A. Reed
Diversion Group Supervisor
Jackson DO
571-362-3774 work
601-260-3866 cell

---

**From:** Joseph Jay <jjay@sheppardmullin.com>
**Sent:** Thursday, December 14, 2023 10:23 AM
**To:** Reed, Philip A. <Philip.A.Reed@dea.gov>
**Subject:** [EXTERNAL] Re: See attached letter.

Please send me a contact in Chief Counsel at HQ as this will need to be resolved at that letter.  Thanks.
Joe

**A. Joseph Jay III**
+1 202-747-1953 | direct
jjay@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington,  DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

Sent from my iPhone

On Dec 14, 2023, at 11:22 AM, Reed, Philip A. <Philip.A.Reed@dea.gov> wrote:

Received.
I will follow-up back up with you once I hear back from Division Counsel and I'm pretty sure DEA has another letter rescinding all previous letters.

Philip A. Reed
Diversion Group Supervisor
Jackson DO
571-362-3774 work
601-260-3866 cell

---

**From:** Joseph Jay <jjay@sheppardmullin.com>
**Sent:** Thursday, December 14, 2023 9:47 AM
**To:** Reed, Philip A. <Philip.A.Reed@dea.gov>
**Subject:** [EXTERNAL] See attached letter.

Please call me re this and a contact in chief counsel's office.

**A. Joseph Jay III**
+1 202-747-1953 | direct
jjay@sheppardmullin.com | Bio

**SheppardMullin**
2099 Pennsylvania Avenue, NW, Suite 100
Washington,  DC 20006-6801
+1 202-747-1900 | main
www.sheppardmullin.com | LinkedIn | Twitter

Sent from my iPhone
Attention: This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.