IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

BOND PHARMACY, INC., d/b/a AIS
HEALTHCARE,

    *Plaintiff*

  v.                         CIVIL ACTION NO. 3:23CV03158-CWR-LGI

MERRICK GARLAND, in his official
capacity as the Attorney General of the
United States, 950 Pennsylvania Avenue,
NW, Washington, DC 20530-0001;

U.S. DEPARTMENT OF JUSTICE,
950 Pennsylvania Avenue, NW,
Washington, DC 20530-0001;

ANNE MILGRAM, in her official
capacity as the Administrator of the
Drug Enforcement Administration,
8701 Morrissette Drive, Springfield,
VA 22152; and

DRUG ENFORCEMENT
ADMINISTRATION, 8701 Morrissette
Drive, Springfield, VA 22152;

    *Defendants.*

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Bond Pharmacy, Inc., d/b/a AIS Healthcare ("AIS"), submits this notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) that AIS dismisses this action and all claims against Defendants without prejudice. This notice of dismissal is proper because Defendants have not yet served an answer or motion for summary judgment in this action.

Dated: December 16, 2023	Respectfully submitted,

BRADLEY ARANT BOULT CUMMINGS LLP

*/s/ Christina M. Seanor*

J. William Manuel (MSB 9897)
Michael C. Williams (MSB 104537)
Christina M. Seanor (MSB 104934)
One Jackson Place
188 E Capitol Street, Ste 1000
Jackson, MS 39201
Phone: (601) 592-9918
wmanuel@bradley.com
mcwilliams@bradley.com
cseanor@bradley.com

*Counsel for Plaintiff Bond Pharmacy d/b/a AIS Healthcare*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/Christina M. Seanor*
Christina M. Seanor